UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM SHCIFFBAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-1924 CEJ |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The above styled and numbered case was filed on November 15, 2007, and randomly assigned to the Honorable Carole E. Jackson, United States District Judge.

However, a review of this case indicates that plaintiff's counsel erroneously filed this case in the Eastern Division of this District. Pursuant to Local Rule 2.07(B)(1), all actions brought against a single defendant who is a resident of this district must be brought in the division where the defendant resides, or where the claim for relief arose. In the claim at hand, the plaintiff resides and the claim arose in Butler County which is located within this district's Southeastern Division. See Local Rule 2.07(A)(1).

Therefore,

Pursuant to Local Rule 2.07(B)(2), this cause has been reassigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, by random assignment, in this Court's Southeastern Division.

**JAMES G. WOODWARD, CLERK**

Dated this 3rd day of December, 2007.

**By: /s/ Karen Moore, Deputy Clerk**

**In all future filings please use the following cause number**: **1:07-CV-174 LMB**